THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK AND ALBANY LIGHTERAGE COMPANY, Appellant, against THOMAS M. LYNCH et al., as Tax Commissioners of the State of New York, Respondents.

(Submitted June 1, 1932; decided June 21, 1932.)

*Winifred Sullivan* for appellant.

*John J. Bennett, Jr., Attorney-General (Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.